IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD GENE ENGLISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:15-CV-173-WKW |
| ) | [WO] |
| DONALD J. VALENZA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Magistrate Judge entered a Recommendation (Doc. # 39) to which no timely objections have been filed.  After an independent review of the record, the court finds that the Recommendation is due to be adopted.  Accordingly, it is ORDERED that the Recommendation (Doc. # 39) is ADOPTED and that Defendants' motion to dismiss is GRANTED on grounds that Plaintiff failed to exhaust an administrative remedy available to him during his confinement at the Houston County Jail prior to initiating this action.  The dismissal is with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a).

A final judgment will be entered separately.

DONE this 1st day of September, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE